No. 25,776.

THOMAS G. BALDWIN, *Appellant,* v. KANSAS SOLDIERS' COMPENSA-
TION BOARD, *Appellee.*

SYLLABUS BY THE COURT.

SOLDIERS' COMPENSATION APPEAL—*Appellant Not a Bona Fide Resident of
Kansas at Time of His Enlistment.* Record examined and held to show
that the trial court's determination of a controverted fact was sustained by
evidence which is conclusive on appeal.

Appeal from Labette district court; ELMER C. CLARK, judge. Opinion filed
November 8, 1924. Affirmed.

*L. E. Goodrich,* of Parsons, for the appellant.

*Charles B. Griffith,* attorney-general, *Donald W. Stewart,* assistant attorney-
general, and *Payne H. Ratner,* county attorney, for the appellee.

The opinion of the court was delivered by

DAWSON, J.: The plaintiff, who claimed to have been a Kansas
soldier in the world war, was denied compensation and appealed to
the district court of Labette county. The issue was whether the
plaintiff was a *bona fide* resident of Kansas at the time he enlisted
in the army. The trial court decided in the negative. Plaintiff as-
signs error on this finding of fact and argues that the trial court did
not give due significance to the fact that plaintiff's parents, residents
of Missouri, had emancipated the claimant during his minority so
as to leave him free to establish a residence for himself separate and
apart from that of his parents. Plaintiff contends that the evidence
established the fact that he was an emancipated minor, and that as
such he had a right to establish a separate residence. Both conten-
tions may be conceded, but they do not control this case. The evi-
dence did not show—to the satisfaction of the trial court, at least—
that plaintiff was a *bona fide* resident of Kansas at the time he
entered the army. Indeed, the evidence to which the trial court
gave credence was to the effect that plaintiff was not then a resi-
dent of Kansas. Since there was some competent evidence to sup-
port the trial court's finding of fact, its decision and judgment can-
not be disturbed. (*Bayer v. Cockerill,* 3 Kan. 282, syl. ¶ 6; *Farney
v. Hauser,* 109 Kan. 75, syl. ¶ 7, 198 Pac. 178; *In re Soldiers' Com-
pensation Appeals, Doniphan's Case,* 116 Kan. 601, 603, 227 Pac.
1117; *id.,* 116 Kan. 607, 229 Pac. 355.)

Affirmed.